No. 90–6191. CURRY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–6192. MILLER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6213. WHITAKER *v.* WELLS FARGO NATIONAL ASSN. ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 90–6222. GROVE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–6224. ARCILLA-GOMEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6225. DALL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–6229. MARTIN *v.* SUPREME COURT OF DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 90–6250. PETERS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–6261. SASSOWER *v.* BRIEANT ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–6263. SASSOWER *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT. C. A. D. C. Cir. Certiorari denied.

No. 90–6270. MICHAELS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–6275. PALACIO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6290. JONES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6294. JOHNSTON *v.* MIZELL, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–6311. DOGGETT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6324. HORTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.